YISSUM RESEARCH DEVELOPMENT COMPANY OF THE HEBREW UNIVERSITY OF JERUSALEM, Appellant

v.

SONY CORPORATION, Appellee.

**Yissum Research Development Company of the Hebrew University of Jerusalem, Appellant**

v.

**Sony Corporation, Appellee.**

**Nos. 2015–1342, 2015–1343.**

United States Court of Appeals, Federal Circuit.

Dec. 11, 2015.

Craig E. Countryman, Fish & Richardson, P.C., San Diego, CA, argued for appellant. Also represented by John A. Dragseth, Minneapolis, MN.

Walter E. Hanley, Jr., Kenyon & Kenyon LLP, New York, NY, argued for appellee. Also represented by Michelle Carniaux, Mark A. Chapman.

Scott Weidenfeller, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Nathan K. Kelley, Frances M. Lynch.

PROST, Chief Judge, DYK and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**